# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

SHERRI BURRELL,

       Plaintiff,

v.

       Case No. 07-13930
       Hon. Gerald E. Rosen
       Magistrate Judge Virginia M. Morgan

COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.
_____/

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       At a session of said Court, held in
       the U.S. Courthouse, Detroit, Michigan
       on     March 24, 2009

       PRESENT:  Honorable Gerald E. Rosen
                           Chief Judge, United States District Court

      On June 17, 2008, Magistrate Judge Virginia M. Morgan issued a Report and Recommendation ("R & R") recommending that the Court grant the Defendant Commissioner of Social Security's motion for summary judgment and deny Plaintiff Sherri Burrell's motion for summary judgment.  Plaintiff has not filed any objections to the R & R.  Upon reviewing the R & R, the parties' underlying motions, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

     Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's June 17, 2008 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendant's motion for summary judgment (docket #9) is GRANTED, and Plaintiff's motion for summary judgment (docket #8) is DENIED.

                s/Gerald E. Rosen
                Chief Judge, United States District Court

Dated: March 24, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 24, 2009, by electronic and/or ordinary mail.

                s/LaShawn R. Saulsberry
                Case Manager